IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATELYN HANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | File No. 3:19-CV-00756 |
| HANMIRI, INC. and ) | |
| JBS INTERNATIONAL, LLC, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, **KATELYN HANKS** ("Plaintiff") and Defendants, **HANMIRI, INC. and JBS INTERNATIONAL, LLC** ("Defendants") by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of Defendants, HANMIRI, INC. and JBS INTERNATIONAL, LLC, with prejudice in the above-styled action and requesting that the Court retain jurisdiction to enforce the parties' settlement agreement. Each party to bear their own fees and costs.

Respectfully submitted this 23rd day of July, 2019.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Road, #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

/s/ Tailim Song
Tailim Song, Esq.
*Attorney for Defendants*
State Bar No. 0792845
The Tailim Song Law Firm
8111 LBJ Fwy., Suite 480
Dallas, TX  75251
Tel:  (214) 528-8400
Email:  tsong@tailimsong.com
cvalentine@tailimsong.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July, 2019, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

Douglas S. Schapiro, Esq.
*Attorney-in-Charge for Plaintiff*
Northern District of Texas ID No. 54538FL
.